UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

PERTAINS TO:                           SECTION "K"(2)
INSURANCE   C.A. No. 07-8772

## ORDER AND REASONS

Before the Court is a Motion to Remand (Doc. 11936) filed by plaintiffs Robert Newman and Jane Newman who seek to have this case returned to the Civil District Court for the Parish of Orleans based the following stipulation which was contained in their original petition:

> PETITIONERS STIPULATE THAT ALL CAUSES OF ACTION HEREIN DO NOT EXCEED $75,000, EXCLUSIVE OF COSTS AND INTEREST, AND PETITIONERS WAIVE THEIR RIGHT TO COLLECT ANY AMOUNT IN EXCESS OF $75,000, EXCLUSIVE OF COSTS AND INTEREST, FROM ANY JUDGMENT ISSUED HEREIN.

Para. X(A) of Petition. With such a stipulation, the Court lacks diversity jurisdiction as the requisite amount in controversy is not present. Furthermore, based on this provision, Allstate agrees to this remand. As such, and based on the Court's reliance on this stipulation,

**IT IS ORDERED** that pursuant to 28 U.S.C. § 1447(c), the Motion to Remand is **GRANTED** and this suit is hereby **REMANDED** to Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this __17th__ day of June, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE